UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUN -5 PM 2: 54
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| Plaintiff, | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| JOSE ALEGRIA, Jr. | ) | [21 USC 846 & 841 - Conspiracy |
| and | ) | and PWID cocaine base] |
| TAMMY LONGORIA ALEGRIA | ) | |
| Defendants. | ) | |

A12 CR 212 SS

THE GRAND JURY CHARGES:

USAO # 2012R004906

## COUNT ONE
[21 U.S.C. § 846]

Beginning in or about February, 2012 and continuing until on or about May 3, 2012 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

JOSE ALEGRIA, Jr.,
and
TAMMY LONGORIA ALEGRIA

knowingly, intentionally and unlawfully did combine, conspire, confederate and agree with others known and unknown to distribute a controlled substance, which offense involved more than 28 grams of a mixture or substance containing a detectable amount of cocaine base or crack, a Schedule II Controlled Substances, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. § 841(a)(1)]

On or about March 7, 2012 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

JOSE ALEGRIA, Jr.,
and
TAMMY LONGORIA ALEGRIA

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine base or crack, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
[21 U.S.C. § 841(a)(1) and 846]

Beginning on or about March 9, 2012 and continuing through on or about March 29, 2012, at Austin, Texas in the Western District of Texas, the Defendant,

JOSE ALEGRIA, Jr.

did knowingly, intentionally and unlawfully, distribute a controlled substance, which offense involved a mixture or substance that contained a detectable amount of cocaine base, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR
[21 U.S.C. § 841(a)(1)]

On or about April 2, 2012 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

JOSE ALEGRIA, Jr.,
and
TAMMY LONGORIA ALEGRIA

aided and abetted by one another, did knowingly, intentionally and unlawfully distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine base or crack, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIVE
[21 U.S.C. § 841(a)(1) and 846]

Beginning on or about April 4, 2012 and continuing through on or about May 1, 2012, at Austin, Texas in the Western District of Texas, the Defendant,

JOSE ALEGRIA, Jr.

did knowingly, intentionally and unlawfully, distribute a controlled substance, which offense involved a mixture or substance that contained a detectable amount of cocaine base, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT SIX
[21 U.S.C. § 841(a)(1)]

On or about May 3, 2012 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

JOSE ALEGRIA, Jr.,
and
TAMMY LONGORIA ALEGRIA

aided and abetted by one another, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, which offense involved more than 28 grams of a mixture or substance containing a detectable amount of cocaine base or crack, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

Robert Pitman
United States Attorney

MARK H. MARSHALL
Assistant U. S. Attorney